**No. 11-5139. Darrell Nelson, Petitioner v. United States.**

565 U.S. 1150, 132 S. Ct. 1080, 181 L. Ed. 2d 799, 2012 U.S. LEXIS 564.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 891, 132 S. Ct. 273, 181 L. Ed. 2d 162, 2011 U.S. LEXIS 5703.

**No. 11-5143. Freeman Wray, Petitioner v. Cecilia R. Reynolds, Warden.**

565 U.S. 1150, 132 S. Ct. 1081, 181 L. Ed. 2d 799, 2012 U.S. LEXIS 464.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 892, 132 S. Ct. 274, 181 L. Ed. 2d 162, 2011 U.S. LEXIS 5781.

**No. 11-5258. Edward Gee, Petitioner v. John Kerestes, Superintendent, State Correctional Institution at Mahanoy, et al.**

565 U.S. 1151, 132 S. Ct. 1081, 181 L. Ed. 2d 799, 2012 U.S. LEXIS 418.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 897, 132 S. Ct. 288, 181 L. Ed. 2d 173, 2011 U.S. LEXIS 5562.

**No. 11-5417. Frank M. Bafford, Petitioner v. Midfirst Bank, et al.**

565 U.S. 1151, 132 S. Ct. 1081, 181 L. Ed. 2d 799, 2012 U.S. LEXIS 563.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 1037, 132 S. Ct. 575, 181 L. Ed. 2d 425, 2011 U.S. LEXIS 8173.

**No. 11-5427. Jeffrey Mathew Jeanetta, Petitioner v. United States.**

565 U.S. 1151, 132 S. Ct. 1081, 181 L. Ed. 2d 799, 2012 U.S. LEXIS 454.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 906, 132 S. Ct. 310, 181 L. Ed. 2d 190, 2011 U.S. LEXIS 6169.

**No. 11-5438. Hollis Wayne Fincher, Petitioner v. United States.**

565 U.S. 1151, 132 S. Ct. 1081, 181 L. Ed. 2d 799, 2012 U.S. LEXIS 417.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 907, 132 S. Ct. 311, 181 L. Ed. 2d 191, 2011 U.S. LEXIS 6206.

**No. 11-5478. Kenneth John Leuluaia-lii, Petitioner v. Stephen D. Sinclair, Superintendent, Washington State Penitentiary.**

565 U.S. 1151, 132 S. Ct. 1081, 181 L. Ed. 2d 799, 2012 U.S. LEXIS 506.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 909, 132 S. Ct. 317, 181 L. Ed. 2d 196, 2011 U.S. LEXIS 5913.